44 So.2d 27

### Mary CALHOUN et al. v. Clyde RUSSELL, Ex'r.

#### 7 Div. 10.

Supreme Court of Alabama.

Jan. 12, 1950.

694

Merrill, Merrill & Vardaman, of Anniston, for appellants.

Young & Young, of Anniston, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.